·F. Rodríguez Hermanos & Compañía, demandante, apelante y apelada, *v.* Encarnación Aboy Vda. de Cintrón, demandada, apelada y apelante.

Núm. 9176.—*Sometido:* Diciembre 2, 1946. *Resuelto:* Diciembre 3, 1946. ·

*Miranda & Miranda Esteve,* abogados de la apelante apelada; la demandada, apelada y apelante, no compareció a la vista de la moción.

*Per Curiam.* La ·demandante apelante solicitó la reconsideración de la sentencia dictada en este caso por varios motivos. Resolvimos oír a las partes sobre la cuestión de que "no constituyen gastos necesarios para la conservación del inmueble ni para obtener sus frutos la cantidad de $1,944.45 pagada por la ·demandada a su apoderado para sueldo, gastos de oficina, etc. en adición a los $3,875.82 pagados al cobrador," contenida en dicha moción. ·A la vista ·señalada sólo compareció la demandante apelante.

Visto el artículo 384 del Código Civil dispositivo de que ·el poseedor de mala fe "sólo tendrá derecho a ser reintegrado de los gastos necesarios hechos para la conservación de la

cosa'' y no siendo el pago de sueldo a un apoderado y los gastos de oficina, en adición a la compensación satisfecha al cobrador, gastos necesarios para la conservación del inmueble poseído de mala fe por la demadada, procede declarar y se declara con lugar la reconsideración solicitada en cuanto a dicho particular debiendo entenderse modificada la sentencia apelada al efecto.

*Se declara sin lugar la moción de reconsideración en cuanto a los demás particulares solicitados.*

El Juez Asociado Sr. Snyder no intervino.